**Order filed May 12, 2022**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-22-00067-CV
_____

**ARREDONDO'S MECHANICAL SERVICES, LLC, Appellant**

**V.**

**ORTEGA MEDICAL BUILDING, LLC, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-48523A**

---

## O R D E R

Appellant's brief was due April 29, 2022**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 13, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Wise and Jewell.